

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2022

No. 04-22-00047-CR

Michael Alonzo **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 630792
Honorable Grace M. Uzomba, Judge Presiding

# O R D E R

In our September 6, 2022 order, we stated we would set a due date for the filing of appellant's brief after the supplemental clerk's record is filed. The supplemental clerk's record was filed on September 20, 2022. Appellant's brief is due on or before **October 20, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court